# EXHIBIT E



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

VIA U.S. MAIL

October 18, 2019

Mr. Jay Davidson
Southern Pipe & Supply Company, Inc.
4330 Highway 39, N.
Meridian, MS 39301

      Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Davidson:

      We are intellectual property counsel for Landmark Technology A, LLC ("Landmark"). Landmark has exclusive rights to patents covering certain special-purpose computer, communication and network technologies relating to Internet searching, e-commerce, electronic bill pay, business-to-business transactions, multimedia data processing networks and mobile technologies. Landmark's widely regarded patented technology covers, among other things, special-purpose hardware and software systems supporting key transaction processes and features used in many electronic commerce systems, including structures which exchange business data amongst trading partners.

      Landmark has licensed its patents to over 200 companies across various industries. Landmark's patents rank extremely high in patent citing activity and have been cited nearly 200 times by the USPTO whereas the average patent has only five citations during its lifetime. Highly cited patents are generally known to be of greater technical importance, and even fewer rise to the level of "pioneer patents" achieved by the Landmark patents.

      Landmark believes that Southern Pipe & Supply Company, Inc. ("Southern Pipe & Supply") automated multimedia data processing network systems, particularly https://www.southernpipe.com/Login through practices U.S. Patent No. 7,010,508 C1 ("'508 Patent"). You will find that the '508 Patent teaches and claims automated multimedia data processing network for processing business and financial transactions between entities from remote sites. This includes data processing systems wherein a computerized installation acts on inquiries and orders from stations [as do Southern Pipe & Supply's servers], communicates with stations which use program instructions and act as the user interface [as do those

devices interfaced to Southern Pipe & Supply's web servers in communication with Southern Pipe & Supply's servers], sequences are retrieved in a forwardly/backwardly chained response (as defined by the inventor) to data entered into a text input field [as seen in devices interfaced to Southern Pipe & Supply's web servers], and data is updated in a computerized installation storage [as per the functionality of Southern Pipe & Supply's web servers]. For example, the specific functionalities implemented by Southern Pipe & Supply using their servers and devices interfaced to Southern Pipe & Supply's web servers constitutes use of the technology taught within the meaning of Claim 1 of the '508 patent.

Landmark is currently offering Southern Pipe & Supply a non-exclusive license to its '508 patent, for $65,000. This offer represents a substantial discount to the historic licensing price of Landmark's portfolio, and will not be available in the event of litigation.

We appreciate your attention to this matter and request a response within 15 days of this letter. Please contact me at the phone or email above, or contact my colleague, Jennifer Ishimoto, at ishimoto@banishlaw.com or (650) 241-2773.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

VIA U.S. MAIL

November 15, 2019

Mr. Jay Davidson
Southern Pipe & Supply Company, Inc.
4330 Highway 39, N.
Meridian, MS 39301

    Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Davidson:

In October, Landmark offered a non-exclusive license to its '508 patent for $65,000. A month has elapsed and Southern Pipe & Supply has not responded to Landmark.

The current amount for a non-exclusive license to Landmark's '508 patent expires December 27, 2019. Please contact me as soon as possible.

    Very truly yours,

    John A. Lee
    Partner
    BANIE & ISHIMOTO LLP



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

March 7, 2019

Ms. Lori Carver
Mazzio's Corporation
4441 South 72nd East Ave.
Tulsa, OK 74145

    Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Ms. Carver:

    We are intellectual property counsel for Landmark Technology A, LLC ("Landmark"). Landmark has exclusive rights to patents covering certain special-purpose computer, communication and network technologies relating to Internet searching, e-commerce, electronic bill pay, business-to-business transactions, multimedia data processing networks and mobile technologies. Landmark's widely regarded patented technology covers, among other things, special-purpose hardware and software systems supporting key transaction processes and features used in many electronic commerce systems, including structures which exchange business data amongst trading partners.

    Landmark has licensed its patents to over 200 companies across various industries. Landmark's patents rank extremely high in patent citing activity and have been cited nearly 200 times by the USPTO whereas the average patent has only five citations during its lifetime. Highly cited patents are generally known to be of greater technical importance, and even fewer rise to the level of "pioneer patents" achieved by the Landmark patents.

    Landmark believes that Mazzio's Corporation ("Mazzio's") automated multimedia data processing network systems, particularly https://weborder.mazzios.com/Login.aspx through practices U.S. Patent No. 7,010,508 C1 ("'508 Patent"). You will find that the '508 Patent teaches and claims automated multimedia data processing network for processing business and financial transactions between entities from remote sites. This includes data processing systems wherein a computerized installation acts on inquiries and orders from stations [as do Mazzio's servers], communicates with stations which use program instructions and act as the user interface [as do those devices interfaced to Mazzio's

web servers in communication with Mazzio's servers], sequences are retrieved in a forwardly/backwardly chained response (as defined by the inventor) to data entered into a text input field [as seen in devices interfaced to Mazzio's web servers], and data is updated in a computerized installation storage [as per the functionality of Mazzio's web servers]. For example, the specific functionalities implemented by Mazzio's using their servers and devices interfaced to Mazzio's web servers constitutes use of the technology taught within the meaning of Claim 1 of the '508 patent.

Landmark is currently offering Mazzio's a non-exclusive license to its '508 patent, for $65,000. This offer represents a substantial discount to the historic licensing price of Landmark's portfolio, and will not be available in the event of litigation.

We appreciate your attention to this matter and request a response within 15 days of this letter. Please contact me at the phone or email above, or contact my colleague, Jennifer Ishimoto, at ishimoto@banishlaw.com or (650) 241-2773.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP



# BanIsh Law

John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

August 2, 2019

Mr. William Powell, Jr.
Salem Tools, Inc.
1602 Midland Rd.
Salem, VA 24153

      Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Powell, Jr.:

      We are intellectual property counsel for Landmark Technology A, LLC ("Landmark"). Landmark has exclusive rights to patents covering certain special-purpose computer, communication and network technologies relating to Internet searching, e-commerce, electronic bill pay, business-to-business transactions, multimedia data processing networks and mobile technologies. Landmark's widely regarded patented technology covers, among other things, special-purpose hardware and software systems supporting key transaction processes and features used in many electronic commerce systems, including structures which exchange business data amongst trading partners.

      Landmark has licensed its patents to over 200 companies across various industries. Landmark's patents rank extremely high in patent citing activity and have been cited nearly 200 times by the USPTO whereas the average patent has only five citations during its lifetime. Highly cited patents are generally known to be of greater technical importance, and even fewer rise to the level of "pioneer patents" achieved by the Landmark patents.

      Landmark believes that Salem Tools, Inc. ("ST Solutions") automated multimedia data processing network systems, particularly https://www.stsolutionsonline.com/ and https://www.stsolutionsonline.com/default.aspx?Page=Logon through practices U.S. Patent No. 7,010,508 C1 ("'508 Patent"). You will find that the '508 Patent teaches and claims automated multimedia data processing network for processing business and financial transactions between entities from remote sites. This includes data processing systems wherein a computerized installation acts on inquiries and orders from stations [as do ST Solutions' servers], communicates with stations which use program instructions and act as the user interface [as do those

Page 1 of 2

devices interfaced to ST Solutions' web servers in communication with ST Solutions' servers], sequences are retrieved in a forwardly/backwardly chained response (as defined by the inventor) to data entered into a text input field [as seen in devices interfaced to ST Solutions' web servers], and data is updated in a computerized installation storage [as per the functionality of ST Solutions' web servers]. For example, the specific functionalities implemented by ST Solutions using their servers and devices interfaced to ST Solutions' web servers constitutes use of the technology taught within the meaning of Claim 1 of the '508 patent.

Landmark is currently offering ST Solutions a non-exclusive license to its '508 patent, for $65,000. This offer represents a substantial discount to the historic licensing price of Landmark's portfolio, and will not be available in the event of litigation.

We appreciate your attention to this matter and request a response within 15 days of this letter. Please contact me at the phone or email above, or contact my colleague, Jennifer Ishimoto, at ishimoto@banishlaw.com or (650) 241-2773.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP

Page 2 of 2

Case 3:20-cv-00678-K Document 1-51 Filed 08/03/20 Page 8 of 17 PageID #:934
Case 5:19-cv-00738-EKD Document 1-2 Filed 11/01/19 Page 3 of 3 Pageid#:93



# BanIsh Law

John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

September 20, 2019

Mr. William Powell, Jr.
Salem Tools, Inc.
1602 Midland Rd.
Salem, VA 24153

      Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Powell:

In August, Landmark offered a non-exclusive license to its '508 patent for $65,000. A month has elapsed and ST Solutions has not responded to Landmark.

The current amount for a non-exclusive license to Landmark's '508 patent expires November 1, 2019. Please contact me as soon as possible.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP

Page 1 of 1



**BanIsh Law**

John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

July 26, 2019

Mr. Tom Davies
V. Sattui Winery
1111 White Lane
St. Helena, CA 94574

      Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Davies:

      We are intellectual property counsel for Landmark Technology A, LLC ("Landmark"). Landmark has exclusive rights to patents covering certain special-purpose computer, communication and network technologies relating to Internet searching, e-commerce, electronic bill pay, business-to-business transactions, multimedia data processing networks and mobile technologies. Landmark's widely regarded patented technology covers, among other things, special-purpose hardware and software systems supporting key transaction processes and features used in many electronic commerce systems, including structures which exchange business data amongst trading partners.

      Landmark has licensed its patents to over 200 companies across various industries. Landmark's patents rank extremely high in patent citing activity and have been cited nearly 200 times by the USPTO whereas the average patent has only five citations during its lifetime. Highly cited patents are generally known to be of greater technical importance, and even fewer rise to the level of "pioneer patents" achieved by the Landmark patents.

      Landmark believes that V. Sattui Winery ("V. Sattui Winery") automated multimedia data processing network systems, particularly https://shop.vsattui.com/index.cfm?method=members.showlogin through practices U.S. Patent No. 7,010,508 C1 ("'508 Patent"). You will find that the '508 Patent teaches and claims automated multimedia data processing network for processing business and financial transactions between entities from remote sites. This includes data processing systems wherein a computerized installation acts on inquiries and orders from stations [as do V. Sattui Winery's servers], communicates with stations which use program instructions and act as the user interface [as do those devices

interfaced to V. Sattui Winery's web servers in communication with V. Sattui Winery's servers], sequences are retrieved in a forwardly/backwardly chained response (as defined by the inventor) to data entered into a text input field [as seen in devices interfaced to V. Sattui Winery's web servers], and data is updated in a computerized installation storage [as per the functionality of V. Sattui Winery's web servers]. For example, the specific functionalities implemented by V. Sattui Winery using their servers and devices interfaced to V. Sattui Winery's web servers constitutes use of the technology taught within the meaning of Claim 1 of the '508 patent.

Landmark is currently offering V. Sattui Winery a non-exclusive license to its '508 patent, for $65,000. This offer represents a substantial discount to the historic licensing price of Landmark's portfolio, and will not be available in the event of litigation.

We appreciate your attention to this matter and request a response within 15 days of this letter. Please contact me at the phone or email above, or contact my colleague, Jennifer Ishimoto, at ishimoto@banishlaw.com or (650) 241-2773.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

May 15, 2020

Mr. Steven Hassebrock
American Metals Supply Company, Inc.
1617 Park 370 Ct.
Hazelwood, MO 63042

    Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Hassebrock:

    We are intellectual property counsel for Landmark Technology A, LLC ("Landmark"). Landmark has exclusive rights to patents covering certain special-purpose computer, communication and network technologies relating to Internet searching, e-commerce, electronic bill pay, business-to-business transactions, multimedia data processing networks and mobile technologies. Landmark's widely regarded patented technology covers, among other things, special-purpose hardware and software systems supporting key transaction processes and features used in many electronic commerce systems, including structures which exchange business data amongst trading partners.

    Landmark has licensed its patents to over 200 companies across various industries. Landmark's patents rank extremely high in patent citing activity and have been cited nearly 200 times by the USPTO whereas the average patent has only five citations during its lifetime. Highly cited patents are generally known to be of greater technical importance, and even fewer rise to the level of "pioneer patents" achieved by the Landmark patents.

    Landmark believes that American Metals Supply Company, Inc. ("American Metals Supply") automated multimedia data processing network systems, particularly https://www.americanmetalssupply.com/login?dest=myaccount through practices U.S. Patent No. 7,010,508 C1 ("'508 Patent"). You will find that the '508 Patent teaches and claims automated multimedia data processing network for processing business and financial transactions between entities from remote sites. This includes data processing systems wherein a computerized installation acts on inquiries and orders from stations [as do American Metals Supply's servers], communicates with stations which use program instructions and act as the user

interface [as do those devices interfaced to American Metals Supply's web servers in communication with American Metals Supply's servers], sequences are retrieved in a forwardly/backwardly chained response (as defined by the inventor) to data entered into a text input field [as seen in devices interfaced to American Metals Supply's web servers], and data is updated in a computerized installation storage [as per the functionality of American Metals Supply's web servers]. For example, the specific functionalities implemented by American Metals Supply using their servers and devices interfaced to American Metals Supply's web servers constitutes use of the technology taught within the meaning of Claim 1 of the '508 patent.

Landmark is currently offering American Metals Supply a non-exclusive license to its '508 patent, for $65,000. This offer represents a substantial discount to the historic licensing price of Landmark's portfolio and will not be available in the event of litigation.

We appreciate your attention to this matter and request a response within 15 days of this letter. Please contact me at the phone or email above, or contact my colleague, Jennifer Ishimoto, at ishimoto@banishlaw.com or (650) 241-2773.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

VIA U.S. MAIL

June 12, 2020

Mr. Steven Hassebrock
American Metals Supply Company, Inc.
1617 Park 370 Ct.
Hazelwood, MO 63042

      Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Hassebrock:

In May, Landmark offered a non-exclusive license to its '508 patent for $65,000. A month has elapsed and American Metals Supply has not responded to Landmark.

The current amount for a non-exclusive license to Landmark's '508 patent expires July 24, 2020. Please contact me as soon as possible.

                        Very truly yours,

                        John A. Lee
                        Partner
                        BANIE & ISHIMOTO LLP



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

February 21, 2020

Mr. Matthew Fink
Fink's Jewelers, Inc.
3545 Electric Rd.
Roanoke, VA 24018

    Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Fink:

    We are intellectual property counsel for Landmark Technology A, LLC ("Landmark"). Landmark has exclusive rights to patents covering certain special-purpose computer, communication and network technologies relating to Internet searching, e-commerce, electronic bill pay, business-to-business transactions, multimedia data processing networks and mobile technologies. Landmark's widely regarded patented technology covers, among other things, special-purpose hardware and software systems supporting key transaction processes and features used in many electronic commerce systems, including structures which exchange business data amongst trading partners.

    Landmark has licensed its patents to over 200 companies across various industries. Landmark's patents rank extremely high in patent citing activity and have been cited nearly 200 times by the USPTO whereas the average patent has only five citations during its lifetime. Highly cited patents are generally known to be of greater technical importance, and even fewer rise to the level of "pioneer patents" achieved by the Landmark patents.

    Landmark believes that Fink's Jewelers, Inc. ("Fink's Jewelers") automated multimedia data processing network systems, particularly https://www.finks.com/account/login?return_url=%2Faccount through practices U.S. Patent No. 7,010,508 C1 ("'508 Patent"). You will find that the '508 Patent teaches and claims automated multimedia data processing network for processing business and financial transactions between entities from remote sites. This includes data processing systems wherein a computerized installation acts on inquiries and orders from stations [as do Fink's Jewelers' servers], communicates with stations which use program instructions and act as the user interface [as do those devices interfaced to

Fink's Jewelers' web servers in communication with Fink's Jewelers' servers], sequences are retrieved in a forwardly/backwardly chained response (as defined by the inventor) to data entered into a text input field [as seen in devices interfaced to Fink's Jewelers' web servers], and data is updated in a computerized installation storage [as per the functionality of Fink's Jewelers' web servers]. For example, the specific functionalities implemented by Fink's Jewelers using their servers and devices interfaced to Fink's Jewelers' web servers constitutes use of the technology taught within the meaning of Claim 1 of the '508 patent.

Landmark is currently offering Fink's Jewelers a non-exclusive license to its '508 patent, for $65,000. This offer represents a substantial discount to the historic licensing price of Landmark's portfolio, and will not be available in the event of litigation.

We appreciate your attention to this matter and request a response within 15 days of this letter. Please contact me at the phone or email above, or contact my colleague, Jennifer Ishimoto, at ishimoto@banishlaw.com or (650) 241-2773.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP



John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

**VIA U.S. MAIL**

May 15, 2020

Mr. Matthew Fink
Fink's Jewelers, Inc.
3545 Electric Rd.
Roanoke, VA 24018

      Re:    Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Fink:

In February, Landmark offered a non-exclusive license to its '508 patent for $65,000. Three months have elapsed, and Fink's Jewelers has not responded to Landmark.

The current amount for a non-exclusive license to Landmark's '508 patent expires June 26, 2020. Please contact me as soon as possible.

    Very truly yours,

    John A. Lee
    Partner
    BANIE & ISHIMOTO LLP